No. 379. DANFORTH v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se*. *Solicitor General Cummings, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 396. CREAMER v. OGDEN UNION RAILWAY & DEPOT Co. Supreme Court of Utah. Certiorari denied. *Calvin W. Rawlings* and *Harold E. Wallace* for petitioner. *Bryan P. Leverich* for respondent.

No. 405. UNION CITY TRANSFER ET AL. v. ADAMS. Court of Civil Appeals of Texas, Second Supreme Judicial District. Certiorari denied. *John H. Benckenstein* for petitioners.

No. 423. FAUROT ET AL. v. MOORE ET AL. C. A. 10th Cir. Certiorari denied. *David C. Shapard, William S. Campbell* and *Wm. McCraw* for petitioners.

No. 425. HOLMES PROJECTOR Co. v. UNITED STATES. Court of Claims. Certiorari denied. *George F. von Kolnitz, Jr.* and *Harold E. Marks* for petitioner. *Solicitor General Cummings, Assistant Attorney General Lyon* and *Ellis N. Slack* for the United States.

No. 428. CONSUMER SALES CORP. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Bertram J. Dembo* for petitioners. *Solicitor General Cummings, Acting Assistant Attorney General Clapp, Charles H. Weston* and *W. T. Kelley* for respondent.